IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L.B., by his Parents R.B. and M.B., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| RADNOR TOWNSHIP SCHOOL DISTRICT, | : | No. 20-1768 |
| Defendant. | : | |

# ORDER

**AND NOW**, this **1st** day of **April 2021**, upon consideration of Plaintiff's Motion for Judgment on the Administrative Record, and Defendant's Response, and Defendant's Amended Motion for Judgment on the Administrative Record, and Plaintiff's Response, and for the reasons provided in this Court's Memorandum dated April 1, 2021, it is **ORDERED** that:

1. Defendant's Amended Motion (Document No. 9) is **GRANTED**.

2. Defendant's Motion (Document No. 8) is denied as moot.

3. Plaintiff's Motion (Document No. 10) is **DENIED**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller
_____
**Berle M. Schiller, J.**

1